Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED 10 MAR 9 12:26 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHELLE L. REED,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 08-CV-6341-BR

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall mail a check payable to Plaintiff's attorney the sum of $5765.08 fees plus expense of $350.00 (Court filing fee), for a total of $6115.08 in full settlement of all claims under the Equal Access of Justice Act 28 U.S.C. §2412. Service costs shall be awarded to Plaintiff attorney in the sum of $18.21 pursuant to 28 U.S.C. §1920.

IT IS SO ORDERED this day of March 9, 2010

                                                                         _____
                                                                         U.S. District Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

PRESENTED BY:

By:    /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA